IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HENRY CARR, Jr.,

      Plaintiff,                    No. CIV S-05-1139 LKK CMK

    vs.

MARGARITA PEREZ, et al.,

      Defendants               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has paid $150 of the filing fee; a partial payment.  Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1).  Therefore, plaintiff must pay the remaining balance of $100 or file the appropriate application to proceed in forma pauperis.  The court will not consider plaintiff's complaint until plaintiff has complied with this order.

        Plaintiff has also filed a letter requesting that his consent to magistrate judge jurisdiction, be revoked.  Plaintiff does not want a magistrate judge to adjudicate the merits of his complaint.  Pursuant to local rules such a request is inappropriate and will be denied.  See Local Rule 72-302(c).

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff submit the remaining balance of $100 or an appropriate application to proceed in forma pauperis, within thirty days from the date of service of this order.

2. The Clerk of the Court is directed to send plaintiff the court's form for application to proceed in forma pauperis.

3. Plaintiff's request to revoke his consent, filed July 29, 2005, is denied.

DATED:   August 10, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE