# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HENRY CARR, JR., | No. CIV S-05-1139-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| MARGARITA PEREZ, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 11). Plaintiff's complaint will be addressed by separate order.

      Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor. Plaintiff is advised that the filing fee for this action has been paid in full and this order does not entitle plaintiff to a refund of those fees. Plaintiff will, however, be entitled to in forma pauperis status for the remainder of these proceedings.

/ / /

/ / /

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2 proceed in forma pauperis is granted.

4 DATED: October 17, 2005.

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE