IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HENRY CARR, JR.,       No. CIV S-05-1139-LKK-CMK-P

    Plaintiff,

  vs.        ORDER

MARGARITA PEREZ, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.

    The magistrate judge has recommended dismissal of plaintiff's complaint because he perceives it to be a habeas case and because the defendants are immune from suit.

1

1 From all that appears, however, plaintiff is, as he asserts, challenging the constitutionality
2 of the procedures employed during his parole hearing.  Accordingly, he may, as he notes in his
3 objections to the magistrate judge's findings and recommendations, bring the action pursuant to
4 42 U.S.C. § 1983.  <u>See</u> <u>Wilkerson v. Dotson</u>, 125 S.Ct. 1242 (2005).  Because the court is
5 required to give all appropriate inferences to plaintiff's pleading, the court concludes that the suit
6 against the named defendants is in their official capacity and, accordingly, their immunity in their
7 personal capacity does not bar the suit.
8 The court must thus decline to adopt the magistrate judge's findings and
9 recommendations.[1]  The matter is remanded to the magistrate judge for further proceedings
10 consistent with this order.
11 DATED:  January 13, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] There may be other grounds for dismissal.  The court expresses no opinion on that matter, believing it appropriate for the magistrate judge to first review the complaint for its sufficiency.