IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HENRY CARR, JR.,                    No. CIV S-05-1139-LKK-CMK-P

    Plaintiff,

  vs.                                       ORDER

MARGARITA PEREZ, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).[1]

///
///
///

---

[1] This matter is back before the undersigned pursuant to the court's January 17, 2006, order which concluded that: (1) plaintiff's claim is cognizable under § 1983; and (2) the Eleventh Amendment does not bar suit.

1

1   The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.
2   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable
3   opportunity to prevail on the merits of this action.  The court, therefore, finds that service is
4   appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is
5   informed, however, that this action cannot proceed further until plaintiff complies with this
6   order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the
7   action.  See Local Rule 11-110.
8   Accordingly, IT IS HEREBY ORDERED that:
9   1.   Service is appropriate for the following defendant(s):
10   MARGARITA PEREZ; and
11   SUSAN FISHER;
12   2.   The Clerk of the Court shall send plaintiff one USM-285 form for each
13   defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed
14   June 9, 2005; and
15   3.   Within 30 days of the date of service of this order, plaintiff shall complete
16   the attached Notice of Submission of Documents and submit the following documents to the
17   court:
18   a.   The completed Notice of Submission of Documents;
19   b.   One completed summons;
20   c.   Two completed USM-285 form(s); and
21   d.   Three copies of the endorsed complaint filed June 9, 2005.

DATED:  April 27, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES HENRY CARR, JR.,          No. CIV S-05-1139-LKK-CMK-P
       Plaintiff,
   vs.
MARGARITA PEREZ, et al.,
       Defendants.
                               /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:
       <u>  1  </u>      completed summons form;
       <u>      </u>      completed USM-285 form(s); and
       <u>      </u>      copies of the complaint filed on June 9, 2005.

DATED: _____            _____
                                                                Plaintiff