BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants Fischer and Perez
SA2006302022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES H. CARR JR.,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**PEREZ, et al.,**<br><br>                                    Defendants. | CASE NO. 2:05-cv-1139-LKK-CMK-P<br><br>[Proposed] **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

**GOOD CAUSE APPEARING**, Defendants are granted an extension of time to Wednesday, August 23, 2006, in which to file a ~~motion for summary judgment~~ responsive pleading.

**IT IS SO ORDERED**.

Dated: August 2, 2006

                                                              /s/Craig M. Kellison
                                                              MAGISTRATE CRAIG M. KELLISON

05cv1139 -- Order granting extension of time.wpd

*[Proposed] Order Granting Extension of Time to File Responsive Pleading*

1