IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HENRY CARR, JR., | No. CIV S-05-1139-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| MARGARITA PEREZ, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants'[1] motion for extension of time (Doc. 25).

On April 28, 2006, the court issued an order finding that this action is appropriate for service on defendants. Plaintiff timely submitted documents for service of the complaint by the United States Marshal. On June 26, 2006, defendants filed waivers of service. On August 2,

---

[1] As a preliminary matter, the court notes that the dockets shows as a defendant to this action "Commissioner California Board Prison Terms." Because the complaint only names two defendants – Susan Fisher and Margarita Perez, who are Commissioners on the California Board of Prison Terms – and no other defendants, the Clerk of the Court will be directed to terminate "Commissioner California Board Prison Terms" as a defendant to this action. This case proceeds against defendants Fisher and Perez only.

1

2006, the court granted defendants until August 23, 2006, to file a response to plaintiff's complaint. Defendants now seek a further extension to September 22, 2006. Good cause appearing therefor, the request will be granted. Defendants are warned that failure to comply may result in the imposition of sanctions. <u>See</u> Local Rule 11-110.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to terminate "Commissioner California Board Prison Terms" as a defendant to this action;

    2. Defendants' motion for an extension of time (Doc. 25) is granted; and

    3. Defendants shall file a response to plaintiff's complaint by September 22, 2006.

DATED:   August 28, 2006.

                 **CRAIG M. KELLISON**
                 UNITED STATES MAGISTRATE JUDGE